Same case below, 985 A.2d 1125.

No. 10-5007. **Kevin D. Moore, Petitioner v. United States.**

562 U.S. 898, 131 S. Ct. 226, 178 L. Ed. 2d 151, 2010 U.S. LEXIS 6315.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 370 Fed. Appx. 559.

No. 10-5008. **Michael L. Murray, Petitioner v. Burl Cain, Warden.**

562 U.S. 898, 131 S. Ct. 226, 178 L. Ed. 2d 151, 2010 U.S. LEXIS 6302.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

No. 10-5009. **Herbert Morton, Petitioner v. Millicent Warren, Warden.**

562 U.S. 898, 131 S. Ct. 226, 178 L. Ed. 2d 151, 2010 U.S. LEXIS 6404.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

No. 10-5010. **Roberto Espinoza, Petitioner v. United States.**

562 U.S. 898, 131 S. Ct. 227, 178 L. Ed. 2d 151, 2010 U.S. LEXIS 6504.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 374 Fed. Appx. 536.

No. 10-5011. **Julio C. De La Torre, Petitioner v. United States.**

562 U.S. 898, 131 S. Ct. 227, 178 L. Ed. 2d 151, 2010 U.S. LEXIS 6033.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 599 F.3d 1198.

No. 10-5012. **Joseph Bowden, Petitioner v. United States.**

562 U.S. 898, 131 S. Ct. 227, 178 L. Ed. 2d 151, 2010 U.S. LEXIS 6067.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 374 Fed. Appx. 880.

No. 10-5013. **John W. Brooks, Petitioner v. Lubbock County Hospital District, dba UMC Health System.**

562 U.S. 899, 131 S. Ct. 228, 178 L. Ed. 2d 151, 2010 U.S. LEXIS 6314,

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 373 Fed. Appx. 434.

No. 10-5014. **Jason Claycomb, Petitioner v. United States.**

562 U.S. 899, 131 S. Ct. 228, 178 L. Ed. 2d 151, 2010 U.S. LEXIS 6392.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 372 Fed. Appx. 832.